UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JESUS AMARO OCHOA TRUJILLO (A/K/A
EMANUEL LOPEZ) AND
MARCELLO MENDOZA MARIN,
Individually and on behalf of others
similarly situated

                                                  Plaintiffs,        Civil Action No.: 20-cv-2241

vs.

CANIDO BASONAS CONSTRUCTION CORP.
MIGUEL A. BRION
THE RESTORATION SITE INC., and
RAMIRO ANGAMARCA

                                                  Defendants.

## NOTICE OF DISMISSAL

Plaintiffs Jesus Amaro Ochoa Trujillo (a/k/a Emanuel Lopez) and Marcello Mendoza Marin ("Plaintiffs") pursuant to the settlement agreement approved by the Court and in accordance with Federal Rule of Civil Procedure 41(a) hereby dismiss **with prejudice** all causes of action asserted in this action against Defendants Canido Basonas Construction Corp., Miguel A. Brion, The Restoration Site, Inc., and Ramiro Angamarca, (collectively "Defendants").

Defendants have filed neither an answer to the complaint nor a motion for summary judgment and therefore dismissal under Rule 41(a)(1) is appropriate.

                                                  BY:   s/ Gennadiy Naydenskiy
                                                            Gennadiy Naydenskiy
                                                            Michael Faillance & Associates P.C.
                                                            60 East 42nd Street, Suite 4510
                                                           New York, New York, 10165
                                                           Phone (212) 317-1200
                                                           gnaydenskiy@faillacelaw.com

                                                           *Attorneys for Plaintiffs*